**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 9:19-cv-81155-RAR

WAG ACQUISITION, L.L.C.,

    Plaintiff,

v.

WEBPOWER, INC.

    Defendant.

## JOINT MOTION FOR STAY OF PROCEEDINGS PENDING SETTLEMENT

Plaintiff, WAG Acquisition, L.L.C., and Defendant, WebPower, Inc., jointly move for a stay of proceedings in this action until October 30, 2019, so that the parties may consummate the terms of a putative settlement. Defendant's counsel has authorized Plaintiff's counsel to file this joint motion on behalf of both parties via ECF.

1. Plaintiff's opening brief and evidence supporting claim construction are due October 9, 2019, Defendant's response brief and supporting evidence are due October 23, 2019, and Plaintiff's reply brief (if any), is due October 30, 2019.

2. The parties have engaged in good faith settlement discussions which have led to an agreement in principle. The putative agreement, however, remains subject to preparing the final settlement documents by the parties.

3. Undersigned counsel believes that the settlement will be finalized with the action dismissed on or before October 30, 2019.

4. Proceeding with litigation pending these efforts to finalize a settlement would result in an unnecessary and needless waste of the resources of the parties and the Court, and would be counterproductive

5. This joint motion is filed in good faith and not for purpose of delay.

WHEREFORE, the parties jointly move for a stay of proceedings until October 30, 2019.

Dated:  October 4, 2019

Respectfully submitted,

By: */s/ Jay B. Shapiro*
Jay B. Shapiro
Florida Bar No. 776361
Veronica L. de Zayas
Florida Bar No. 91284
STEARNS WEAVER MILLER WEISSLER
ALHADEF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
Tel: (305) 789-3200
Fax: (305) 789-2664
jshapiro@stearnsweaver.com
vdezayas@stearnsweaver.com

Ronald Abramson (*pro hac vice*)
Alex G. Patchen (*pro hac vice*)
David G. Liston (*pro hac vice*)
Ari J. Jaffess (*pro hac vice*)
LISTON ABRAMSON LLP
The Chrysler Building
405 Lexington Ave., 46th Floor
New York, New York 10174
Tel: (212) 257-1630
Fax: (917) 633-5568
ron.abramson@listonabramson.com
alex.patchen@listonabramson.com
david.liston@listonabramson.com
ari.jaffess@listonabramson.com

*Attorneys for Plaintiff*

By: : */s/ Robert C. Josefsberg*
Robert C. Josefsberg
rjosefsberg@podhurst.com
Florida Bar No. 040856
Podhurst Orseck, P.A.
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Main Tel: (305) 358-2800
Fax: (305) 358-2382

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2019, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

           */s/ Veronica L. de Zayas*
           VERONICA L. DE ZAYAS