UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-81155-RAR

WAQ ACQUISITION,

    Plaintiff,

v.

WEBPOWER, INC. d/b/a
WP ASSOCIATES,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Joint Motion to Stay Proceedings Pending Settlement [ECF No. 168] ("Joint Motion") filed on October 4, 2019, indicating the parties have reached an agreement resolving this matter. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion [ECF No. 168] is **GRANTED**.

2. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of the date of this Order.

3. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

4. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 7th day of October, 2019.

                                                            _____
                                                            RODOLFO RUIZ
                                                            UNITED STATES DISTRICT JUDGE