UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-81155-RAR

**WAG ACQUISITION, LLC,**

    Plaintiff,

v.

**WEBPOWER, INC. d/b/a
WP ASSOCIATES,** *et al.*,

    Defendants.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** comes before the Court on the parties' Joint Stipulation of Dismissal [ECF No. 190], filed on January 19, 2021. Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice* with each party bearing their own attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 7th day of February, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record